Certificate Number: 01267-ILN-CC-003942072

# CERTIFICATE OF COUNSELING

I CERTIFY that on May 6, 2008_____, at 1:33_____ o'clock PMPDT

ClaudioFFemandcz_____ **received from**

Money Management International, **Inc.**_____

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in (he

Northern District of **Illinois**_____, an individual (or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan  waa not prepared      If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone_____.


**Date:** May 6.**2008**_____   **By**   /a/Joae **Bejarano**_____

                                        Name   **Joae Bejarano**

                                        Title   Counaelor


\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with (he United Stales Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C, §§ 109(h) and 521(b).